ORDERED.

Dated: October 18, 2022

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:  
BENJAMIN H ROOT III

CASE NO: 3:20-bk-02751-JAF

Chapter 13

_____Debtor_____/

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS AND DIRECTING DEBTOR TO MAKE PAYMENTS (DE 59)

This matter came on for consideration for the entry of an Order on the Trustee's Motion to Dismiss for Failure to Make Confirmed Plan Payments. The Court having reviewed the motion and based on the facts set forth therein, it is

ORDERED AND ADJUDGED as follows:

1. The Court will reserve ruling on the Trustee's Motion to Dismiss.

**2. The Debtor shall make the *November 17, 2022* payment of *$1,766.42* and shall continue to make all monthly plan payments as they become due.**

3. The Debtor shall cure all delinquencies and bring all payments current under the Confirmed Plan by paying to the Chapter 13 Trustee the monthly payments that come due and the delinquency of $3,829.88 within 60 days of the date of this Order.

4. Failure to comply with the foregoing will result in dismissal of the case without further notice or hearing, upon filing an affidavit of default by the Trustee. If the Debtor bring all payments current pursuant to paragraphs 2 and 3 above, the Trustee's ability to dismiss the case without notice or hearing will no longer apply.

Copies furnished to:
Benjamin H Root Iii, 6878 N Carl G Rose Hwy, Hernando, FL 34442
Fawn Singletary, Esquire, 2600 Se Lake Weir Ave, Ocala, FL 34471

Trustee, Douglas W. Neway is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.